In the Matter of the Accounting of Edward Q. Carr et al., as Coexecutors of John T. Bishop, Deceased, Respondents. Paul E. Lord et al., Practicing under the Name of Lord & Huntington, Appellants.

Submitted February 6, 1956; decided February 9, 1956.

Motion for an extension of time to serve and file the record on appeal herein and to have the appeal heard upon available copies of the record before the Appellate Division, together with the original exhibits and typewritten copies of additional papers of the proceedings in the Appellate Division referred to in the notice of appeal, granted upon the condition that these papers and the brief for appellants be served and filed within fifteen days from the date of this order.